**FILED**

01/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0652

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. <u>DA 23-0652</u>

| | |
|---|---|
| DR. KIMBERLY STRABLE, | |
| Plaintiff / Appellant, | |
| v. | |
| CARISCH, INC., d/b/a ARBY'S, | **GRANT** |
| Defendant / Appellee. | |

Pursuant to authority granted under Mont. R. App. P. 26(1), Appellant is given an extension of time until **Wednesday, February 15th, 2024** to prepare, file, and serve the Appellant's opening brief.

CLERK OF THE SUPREME COURT

Electronic signature included below:

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 8 2024